Musgreave *v.* L. B. Smith, Inc., Appellant.

*Charles Jay Bogdanoff,* with him *Albert C. Gekoski, Joel M. Lieberman,* and *Gekoski & Bogdanoff,* for appellant.

*Bernard M. Gross,* with him *Gross & Sklar,* for appellees.

OPINION PER CURIAM, April 4, 1973:
The six judges who heard this appeal being equally divided, the order is affirmed.

DISSENTING OPINION BY SPAULDING, J.:

I respectfully dissent.

I would reverse the order of the court below and reinstate appellant's appeal from the award of the arbitrators on the authority of *Meta v. Yellow Cab Co. of Phila.*, 222 Pa. Superior Ct. 469, 294 A. 2d 898 (1972), *allocatur denied* January 19, 1973.

WRIGHT, P. J., and CERCONE, J., join in this dissenting opinion.